114 A.3d 359

JUAN SOTO, PLAINTIFF–APPELLANT, v. PETER BEDNARCZUK AND BEATA LUBIEJEWSKA, DEFENDANTS, AND FAUSTO E. MANCERO, JR., DEFENDANT–RESPONDENT.

May 11, 2015.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal is dismissed.